UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60219-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ABEL RIVAS,

        Defendant.
_____/

### FINAL JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** comes before the Court upon the Petition of the United States Probation Office for revocation of supervised release. A final revocation hearing was conducted on March 30, 3016 and May 10, 2016. The Defendant contested the violations. The Court finds that the Defendant violated numbers 1 and 6 listed in the Petition (D.E. 151). The Government is not proceeding on violation number 7. For the reasons stated on the record, the Court finds that Defendant has violated the terms and conditions of supervision. After taking testimony, hearing from the parties and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervision is hereby **REVOKED**. The Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **ONE (1) YEAR AND ONE (1) DAY** with no supervision to follow.

**DONE AND ORDERED,** at Miami, Florida, this ___11___ day of May, 2016.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        U.S. Marshal
        Probation